**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| **MASHELIA GIBSON,**<br><br>　　　　Plaintiff,<br>v.<br><br>**MARYLAND MOTOR VEHICLE**<br>**ADMINISTRATION,**<br><br>　　　　Defendant. | **Civil Action No. 20-cv-3220-ABA** |

**RESPONSE TO ORDER**

Per the Court's instruction, Plaintiff will not call Wendy Carlson to appear in person to testify in this trial on any issue in this civil action.

DATED: APRIL 6, 2026.

　　　　　　　　　　Respectfully submitted,


_____/S/_____        _____/S/_____
Nathaniel D. Johnson (MD#14729)　　Charles W. Day (MD Bar #14539)
Attorney for Plaintiff　　　　　　　　Attorney for Plaintiff
Employment Law Firm, LLC　　　　　The Day Law Practice, L.L.C.
3261 Old Washington Road, Suite 2020　110 North Washington Street
Waldorf, Maryland 20602　　　　　　　Suite 300-30
(301) 715-8919　(Phone)　　　　　　Rockville, Maryland 20850
888-492-9434 (Fax)　　　　　　　　(301) 762-2675 (Phone)
　ndjesquire@gmail.com　　　　　　(844) 554-5506 (Fax)
　　　　　　　　　　　　　　　　billday@daylawpractice.com

1

## CERTIFICATE OF SERVICE

This will certify that a copy of the foregoing Response to Order was served, this 6th day of

April 2026, upon the counsel of record named below through the Court's CM/ECF electronic case

management and filing system:

David C. Merkin, Esq.
Assistant Attorney General
Office of the Attorney General
Motor Vehicle Administration
6601 Ritchie Highway, N.E., Room 200
Glen Burnie, Maryland 21062

Leon M. Debes, Jr., Esq.
Assistant Attorney General
Office of the Attorney General
6 St. Paul Street, Suite 1200
Baltimore, Maryland 21202

Nathaniel D. Johnson